Certificate Number: 16339-PAW-DE-036018683

Bankruptcy Case Number: 21-22061



16339-PAW-DE-036018683

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 26, 2021, at 11:59 o'clock AM EDT, Christina Stofko completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   September 26, 2021           By:   /s/Kelley Tipton

                                     Name: Kelley Tipton

                                     Title: Certified Financial Counselor